**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sergio Corrales POMPA, Defendant–
Appellant.**

**No. 02–50582.**
**D.C. No. CR–01–00003–RT–1.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted Oct. 14, 2003.*

Decided Oct. 23, 2003.

Before WARDLAW, BERZON and CLIFTON, Circuit Judges.

## MEMORANDUM **

Sergio Corrales Pompa appeals his guilty-plea conviction and 123–month sentence for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and carrying a firearm during a crime of violence or drug trafficking crime, in violation of 18 U.S.C. § 924(c).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Pompa has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Pompa has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

